

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

SEP 1 4 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Jonathan Claudio

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Snyder et. al.

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. ___23 CV - 3 9 7 CVE - SH___

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
              *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

✓ Mail    ___ No Cert Svc    ___ No Orig Sign

___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env

___ No Cpys    ✓ No Env/Cpys    ___ O/J    ___ O/MJ

ProSe-05

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Jonathan A. Claudio

Street Address          Homeless

City and County

State and Zip Code

Telephone Number        none

E-mail Address          Claudiojonathan07@gmail.com

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    Destiny Wilkinson

Job or Title            Tulsa county Sheriff Deputy
(if known)

Street Address          300 N. Denver Ave.

City and County         Tulsa, OK. 74103

State and Zip Code

Telephone Number        unknown

E-mail Address          unknown
(if known)

☐   Individual capacity        ☒   Official capacity

Defendant No. 2

Name                    David Parker

Job or Title            Jail Administrator

2

(if known)

Street Address     300 N. Denver Ave.

City and County     Tulsa, Ok. 74103

State and Zip Code

Telephone Number     unknown

E-mail Address     unknown

(if known)

☐   Individual capacity     ☑   Official capacity

Defendant No. 3

     Name     _____

     Job or Title
     (if known)     _____

     Street Address     _____

     City and County     _____

     State and Zip Code     _____

     Telephone Number     _____

     E-mail Address
     (if known)     _____

     ☐   Individual capacity     ☐   Official capacity

Defendant No. 4

     Name     _____

     Job or Title
     (if known)     _____

     Street Address     _____

     City and County     _____

     State and Zip Code     _____

     Telephone Number     _____

     E-mail Address
     (if known)     _____

     ☐   Individual capacity     ☐   Official capacity

ProSe-05

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and unusual punishment, excessive force

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Destiny Wilkinson tasered me while I was handcuffed behind my back and not resisting arrest.

4

### III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

David L. Moss Detention Center

B.    What date and approximate time did the events giving rise to your claim(s) occur?

November 28th 2018

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Destiny Wilkinson used excessive force that caused me to be hospitalized for 3 days or so. see attached claims

5

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered brain damage but I don't know exactly what occured in the hospital since I was put in as a John Doe.

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

$10,000,000.00 from each Defendant found negligent.

I'm messed up in the head for life apparently.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

ProSe-05

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _8-15___, 20_23_.

Signature of Plaintiff _____

Printed Name of Plaintiff ___Jonathan A. Claudio___

B.    **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

7

ProSe-05

## Claim #1

On 11-27-2018 the Defendants named in this complaint violated my civil rights causing actual injury to myself. Officer Michael Snyder of the Tulsa Police Department arrested me without probable cause or a warrant and violated my civil liberties in an aggregious way. As officer Snyder and his partners body cams and dash cams will reflect, officer Snyder used his authority abusively by demanding us to come off the patio of the home we were visiting and into the street. He demanded my I.D. in which I handed him. He ran my name before arresting me and began exclaiming that I was a "gang banger" and that I was going to prison for life. There were quite a few people crowded around us by this point. He then told ~~illegible~~, us to stand next to my truck after frisking us and putting on hand cuffs. He took the keys from my jacket and opened the truck. He searched the ~~illegible~~ cab and left my keys on the seat. Meanwhile yelling out to the people in the crowd that they can take my truck, and that I was going to prison for life. We were taken to jail and my mother "Traci Carey" spoke with Snyder about the location of my truck. He lied to her and said that it was at 4500 S. Newport. He also omitted the fact that I was in the hospital as a john doe.

P. 1 of 2

My truck was stolen that evening, the stereo system ripped out, the steering column stripped, catyllic converters stolen, the bumper smashed, all of my tools stolen and the battery stolen. My mother located my truck by accident when she was picking up her truck from the impound weeks later.

Officer snyder defamed my character and used a public area to slander me. He also placed my wallet and cell phone in the truck to be stolen. The video footage of the Tulsa Police Department officer who brought me into the David L. Moss Detention center will show that he deliberately and knowingly processed me into the jail with contraband in the top pocket of my shirt. When I realized I had the contraband in my pocket I asked him to allow me to use the restroom. He let me into a holding cell but kept me handcuffed behind my back. (It's impossible to use the restroom with your hands cuffed behind your back.) He stood in the window watching and laughing as I tried to get the drugs out of my pocket and into the toilet. Finally he opened the door and asked if I were finished yet with a smirk on his face. He then turned me over to the Tulsa County Sheriff's Dept. where there was the incident of the sheriffs trying to get the contraband from me. I was given back to the Tulsa police Dept. and taken to the hospital for my injuries after injesting the contraband.

Sincerly Submitted,
Jonathan A. Claudio

Dated on 2-18-83.

x [signature]

P. 2 of 2

Claim # 2

On 11-27-2018 the Defendants in this claim, both named and unnamed, violated my civil rights causing actual injury to myself. It occured at the David L. Moss detention center during the transfer of custody from the Tulsa Police Department to the Tulsa County Sheriff's Dept. I was physically and mentally injured by Defendant "Wilkinson" and Defendant "Vallejo". The Tulsa Police Dept. knowingly placed me in the custody of the jail staff with contraband in my shirt pocket. ~~the contraband was~~ I was attacked by the sheriffs officers when I put the contraband in my mouth. I was cuffed back up before being punched and choked by officer Vallejo. I was not resisting arrest when vallejo opened my jacket to expose my belly and chest for wilkinson to tazer me while cuffed behind my back. The tazer caused me to injest and choke on the contraband. That's when officer Fuhld stepped in and said "that's enough". I was not breathing when he uncuffed me and gave me the hymlic manuever, causing me to cough up the rest of the dope that I hadn't injested. I don't remember much more after that. I awoke in the hospital with a "John Doe" bracelet on my wrist and completely out of my mind. The Tulsa police officer who let me in the facility with the contraband in my pocket was at the foot of my bed when I came to. I have no recollection and have found no paper trail as to where I was from 11-27-2018 - to 12-3-2018

(p. 1 of 2)

The T.P.D. and the Tulsa County Sheriff's Dept. worked congruently to cover it up. They violated my civil rights in a conspiracy manner as described in 42 USC § 1985. Then used fraud on the courts to have me sent to prison before I was able to have a clear thought.

Intrinsic Fraud!

"Fraud that deceives the trier of fact and results in a judgement in favor of the party perpetrating the fraud."

Turn Key medical gave me no care for my ailments in regards to detoxing from the injesting of the contraband and other drugs I was on at the time. They just put me in isolation and that's cruel and unusual punishment in and of itself.

Dated On: 2-18-23

Sincerly Submitted,

Jonathan A. Claudio

x _____

(P. 2 of 2)



Case 4:23-cv-00084-GKF-JFJ   Document 1 Filed in USDC ND/OK on 03/06/23   Page 1 of 19



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~Oklahoma~~

Northern        Oklahoma

| |
|---|
| Jonathan Claudio |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

~~Snyder~~

et. al.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. ~~22CV-0084 GKF JFJ~~

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

✓ Mail    ___ No Cert Svc    ___ No Orig Sign

___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env

___ No Cpys    ✓ No Env/Cpys    ___ O/J    ___ O/MJ

Case 4:23-cv-00084-GKF-JFJ   Document 1 Filed in USDC ND/OK on 02/06/23   Page 2 of 10

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        Jonathan A. Claudio

All other names by which you have been known:

ID Number        2022006638

Current Institution

Address

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name        Destiny Wilkinson

Job or Title        Deputy Sheriff
(if known)

Shield Number

Employer        Tulsa County Sheriffs Dept.

Address        300 N. Denver Ave.
Tulsa, OK. 74103

☑ Individual capacity          ☑ Official capacity

Defendant No. 2

Name        See Attached

2

michael Snyder
3436 N. Delaware Ave.
Tulsa, OK. 74110
(918) 591-4100

Cass L. Filhiol
6726 S. 78th E. Ave.
Tulsa, OK.
(918) 254-7560

Chief Wendell Franklin (TPD)
600 civic Ctr. Suite 303
Tulsa, OK. 74103
(918) 596-9378

Vic Regaldo (TCS)
303 W. 1st Street
Tulsa, OK. 74103
(918) 596-5601

Kevin Stitt
2300 N. Lincoln Blvd. ste. 212
Oklahoma City, OK. 73105
(405) 521-2342

Andrew L. Vallejo
1200 S. Mockingbird Ln.
Skiatook, OK. 74070
(918) 557-9841
(918) 688-4600

GT Bynum
P.O. Box 52857
Tulsa, OK. 74152
(918.) 829-7084

Destiny Wilkinson .
300 N. Denver Ave.
Tulsa, OK. 74103

Turn Key Medical
300 N. Denver Ave.
Tulsa, OK. 74103

David Parker
300 N. Denver Ave.
Tulsa, OK. 74103

Case 4:23-cv-00397-CVE-SH   Document 1 Filed in USDC ND/OK on 09/14/23   Page 15 of 25

## EDUCATION

Red River Technology Center

GED completed in 1997

San Diego Community College

Associates in Political Science

Not completed 2014

## SKILLS

- Effective Communicator    Self-Motivated
- Hard Working
- Dependable

## CERTIFICATIONS

- Accredited with the National Academy for Sports Medicine as a personal trainer.

Case 4:23-cv-00084-CVE-JFJ    Document 1 Filed in USDC ND/OK on 03/06/23    Page 5 of 19

A.     Are you bringing suit against *(check all that apply)*:

☐     Federal officials (a *Bivens* claim)

☒     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The 4th 6th and 8th Amendment of the Bill of Rights were violated by the Defendents*

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*The Defendants acted under "color of law" as State actors varying from Police officers and Sheriff Deputies in a conspiracy fashion.*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

Case 4:23-cv-00084-GKF-JFJ   Document 1 Filed in USDC ND/OK on 03/06/23   Page 6 of 19

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☒   Other *(explain)* ~~_____~~

IV.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_See attached_

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

_David L. Moss Detention Center_
_Tulsa Oklahoma_

C.   What date and approximate time did the events giving rise to your claim(s) occur?

_11-27-2018_

D.   What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

_See attached Claim #1 and #2_

5

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_See attached and VI section_

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_$10,000,000.00 from each Defendant_

_I was hospitalized and don't know the extent of the damage because the Defendants put me in the hospital as a John Doe. There are at least 3 days unaccounted for._

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   ☒    Yes

   ☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_David Li Moss Detention center_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   ☒    Yes

   ☐    No

   ☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   ☐    Yes

   ☒    No

   ☐    Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

   ☒    Yes

   ☐    No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   on the Kiosk in the Detention center

2. What did you claim in your grievance?

   excessive force

3. What was the result, if any?

   I was told I need an attorney

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I appealed with no response

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    _____

    _____

    _____

    _____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____

    _____

    _____

    _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    _The jail grievance system was exhausted._

    _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☒    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒    Yes

☐    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Claudio

Defendant(s)    Snyder

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Northern District of Oklahoma

3.    Docket or index number

#: 4:20-CV-00640-CVE-JFJ

4.    Name of Judge assigned to your case

Claire V. Eagan

5.    Approximate date of filing lawsuit

12-3-2020

6.    Is the case still pending?

☐    Yes

☒    No

If no, give the approximate date of disposition.  11/29/2021

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed without Prejudice for lack of Prosecution

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3. Docket or index number

_____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☐ No

11

If no, give the approximate date of disposition. _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-11-23, 2023

Signature of Plaintiff _____

Printed Name of Plaintiff   Jonathan Anibal Claudio

Prison Identification #   2022060038

Prison Address   101 Bramblewood Plantation Road

Camden     SC     29020

City           State          Zip Code

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

12



**Utility Mailer**
10 1/2" x 16"

FROM:
Jonathan A. Claudio
3325 S. Harvard Ave.
Tulsa, Ok. 74114

TO:
Northern District Court Clerk
of Oklahoma
333 W. 4th Street
Tulsa, Ok. 74103

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

RECEIVED
SEP 1 4 2023

23 CV - 397 CVE - SH

postmark 9/12/23

**ReadyPost**



U.S. POSTAGE PAID
FCM LG ENV
TULSA, OK 74103
SEP 12, 2023
$3.27
R2304H108439-20

Retail
74103
RDC 99